# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO: 1:11-CR-15_WLS |
| v. | : | |
| | : | VIOLATION: |
| | : | |
| ENRIQUE MIGUEL DELUNA, | : | 18 U.S.C. § 2422(b) |
| | : | 18 U.S.C. § 2423(a) |
| Defendant. | : | 18 U.S.C. § 2423(b) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Coercion and Enticement
18 U.S.C. § 2422(b)

From on or about December 14, 2009, until on or about February 2, 2010, in the Albany Division of the Middle District of Georgia and elsewhere with the jurisdiction of this Court, the defendant,

**ENRIQUE MIGUEL DELUNA,**

did knowingly use a facility of interstate and foreign commerce, to wit, the internet, to attempt to coerce and entice a minor, that is a person who had not yet attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

-1-

## COUNT TWO
## Travel with Intent to engage in Illicit Sexual Conduct
## 18 U.S.C. § 2423(b)

On or about February 2, 2010, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**ENRIQUE MIGUEL DELUNA,**

traveled in interstate commerce from the State of Indiana to the State of Georgia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in 18 U.S.C. § 2246), with a minor, a person under 18 years of age, which sexual act which would have been in violation of Chapter 109A, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

# COUNT THREE
## Transportation With Intent to Engage in Criminal Sexual Activity
## 18 U.S.C. § 2423(a)

From on or about February 2, 2010, until February 3, 2010, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**ENRIQUE MIGUEL DELUNA,**

did knowingly transport a minor, that is a person who had not attained the age of 18 years, in interstate commerce from the State of Georgia to the State of Texas, with the intent that the minor would engage in sexual activity for which a person could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

/s/_____
A TRUE BILL
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented By: _/s/_____
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY


**Filed in open court**
**this** ___13th___ **day of** ___April___ **2011**
_____
**Deputy Clerk of Court**