# UNITED STATES DISTRICT COURT
### for the
### MIDDLE DISTRICT OF GEORGIA

1120-0414-1499 S
F ID # 2079418

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ENRIQUE MIGUEL DELUNA | ) | Case No. 1:11-CR-15-WLS |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ENRIQUE MIGUEL DELUNA
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
COERCION AND ENTICMENT; TRAVEL WIN INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT; AND TRANSPORTATION WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

Date: 04/14/2011

s/Amy N. Stapleton
*Issuing officer's signature*

City and state: Macon, GA

Amy N. Stapleton
*Printed name and title*

2011 APR 14 — U.S. MARSHAL SERVICE, M/GA
2011 MAY 13 AM 10:25 — RECEIVED CLERK'S OFFICE U.S. DISTRICT COURT MIDDLE DISTRICT OF GEORGIA MACON

### Return

This warrant was received on *(date)* 04.14.11, and the person was arrested on *(date)* 04.28.11
at *(city and state)* San Antonio, TX.

Date: 04.28.11

FBI - San Antonio, TX
*Arresting officer's signature*

*Printed name and title*