## PRELIMINARY HEARING

| | | | |
|---|---|---|---|
| CASE NO. | SA:11-M-00362(1) | LOCATION: | SAN ANTONIO, TEXAS |
| DEFENDANT'S NAME | | ATTORNEY FOR DEFENDANT: | |
| #1 Enrique Miguel Deluna | | #1 | |
| JUDGE: | NANCY STEIN NOWAK | AUSA: | Tracy Thompson |
| DEPUTY CLERK: | Ruth Guerrero | INTERPRETER: | Yes  [X] No |
| COURT REPORTER: | FTR GOLD | PROB. OFFICER | n/a |
| | | PRETRIAL OFFICER: | Amanda Ceballos-Mejia |
| DATE: | Monday, May 02, 2011 | TIME: Minutes | -0- |

### PROCEEDINGS

DFT NO. 1

- [ ] ARRAIGNMENT HELD
- [ ] ARRAIGNMENT RESET TO: _____
- [ ] NOT GUILTY   1. COUNT ____   2. COUNT ____
                  3. COUNT ____   4. COUNT ____
- [ ] DEFENDANT FAILS TO APPEAR
- [ ] COURT ORDERS BENCH WARRANT TO BE ISSUED
- [ ] PRELIMINARY HEARING/REVOCATION HELD
- [ ] PROBABLE CAUSE FOUND
- [X] PRELIMINARY HEARING RESET TO: [X]
      May 5, 2011 at 3:30 p.m.
- [ ] NO PROBABLE CAUSE FOUND/CASE DISMISSED
- [ ] DETENTION HEARING HELD
- [ ] DEFENDANT ORDERED DETAINED W/O BOND
- [ ] BOND SET:   1. $ ____   2. $ ____
                  3. $ ____   4. $ ____
- [X] DEFENDANT UNABLE TO RETAIN COUNSEL   [X]
      COURT APPOINTS: CJA Richard Langlois
- [X] DETENTION HEARING RESET TO:
      May 5, 2011 at 3:30 p.m.

OTHER: Defendant appeared for preliminary hearing and detention hearing as originally set. Defendant announced he has not been able to retain counsel and requests that an attorney be appointed. The Court reviewed his financial affidavit and determined he is eligible for court appointed counsel. Hearings are reset to May 5, 2011 at 3:30 p.m.