IN THE MIDDLE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA :
:
v. : Case No.: 1:11-CR-15
:
ENRIQUE MIGUEL DeLUNA, :
:
Defendant. :

## PLEA

I, _Enrique Miguel DeLuna_ having been advised of my Constitutional rights, and having had the charges in the above-styled indictment stated to me in open court, hereby enter a plea of _Not Guilty_, this _8th_ day of _June_, 2011.

_____
ENRIQUE MIGUEL DeLUNA
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY